# In the United States District Court for the Southern District of Georgia Savannah Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2019 JAN -7 AM 10: 48

CLERK _____
SO. DIST. OF GA.

UNITED STATES OF AMERICA,    )
                             )
v.                           )        CR418-166
                             )
IVERSON LANG,                )
                             )
        Defendant.           )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 46, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

**SO ORDERED** this ____ day of January, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA